IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bailey, Leonard | Case Number: 08 B 03208 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,725.00 | |
| Secured: | | 400.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,149.04 |
| Trustee Fee: | | 175.96 |
| Other Funds: | | 0.00 |
| Totals: | 2,725.00 | 2,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,193.00 | 2,149.04 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 989.35 | 0.00 |
| 6. | Celebrity Resorts | Secured | 3,000.00 | 0.00 |
| 7. | Wells Fargo Auto Finance | Secured | 18,016.14 | 400.00 |
| 8. | Wells Fargo Bank | Secured | 25,000.00 | 0.00 |
| 9. | Barclays Capital Real Estate | Secured | 13,000.00 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 6,355.72 | 0.00 |
| 11. | Seventh Avenue | Unsecured | 67.01 | 0.00 |
| 12. | Celebrity Resorts | Unsecured | 3,887.74 | 0.00 |
| 13. | Direct Charge | Unsecured | 145.34 | 0.00 |
| 14. | City Of Chicago | Unsecured | 2,126.51 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 583.65 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,359.19 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 2,007.50 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 914.57 | 0.00 |
| 19. | Nicor Gas | Unsecured | 1,186.36 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 7,048.49 | 0.00 |
| 21. | Celebrity Resorts | Unsecured | 3,891.82 | 0.00 |
| 22. | National City Bank | Unsecured | | No Claim Filed |
| 23. | City Of Chicago | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bailey, Leonard | Case Number: 08 B 03208 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 2/12/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Midstate Collection | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 29. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 30. | Rickenbacker Group | Unsecured | | No Claim Filed |
| 31. | US Bank | Unsecured | | No Claim Filed |

$ 92,772.39          $ 2,549.04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.71 |
| 6.5% | 170.25 |

$ 175.96

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: